UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY M. HARGETT,<br><br>          Petitioner,<br><br>    vs.<br><br>M.D. BITER, Warden,<br><br>          Respondent. | CASE NO. CV 11-06168 DOC (RZ)<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

       By Order Requiring Response to Petition filed August 2, 2011, Respondent also was ordered to file a Motion to Dismiss within 30 days or an Answer within 45 days. The docket sheet shows that, as late as the date of this Order, Respondent has not filed its Motion to Dismiss or Answer. Respondent has failed to comply with the Court's order.

       Accordingly, IT IS ORDERED that within 20 days , Respondent shall show cause in writing why he should not be sanctioned including but not limited to an order that he pay monetary sanctions for his failure to comply with the Court's orders. The filing of the Motion to Dismiss or Answer within 20 days, shall discharge the order to show cause.

DATED:   September 30, 2011

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE