O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY M. HARGETT, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> M.D. BITER, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 11-06168 DOC (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of WESLEY M. HARGETT, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 8, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE